UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE,<br><br>            Petitioner,<br><br>      v.<br><br>ANTONE MONIZ, et al.<br><br>            Respondents. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 25-12094-IT<br>)<br>)<br>)<br>)<br>) |

**STATUS REPORT**

Mr. Doe's counsel reports that, as a result of this Court's orders, Mr. Doe received a bond hearing in the Immigration Court on September 8, 2025. The Immigration Judge ordered that Mr. Doe be released on a bond of $3,000. That bond has been paid. Mr. Doe was released from custody on September 9, 2025, and he is now home.

Additionally, on September 9, 2025, Mr. Doe's Clerk Magistrate hearing was completed in state court. The Clerk Magistrate found no probable cause that a crime was committed, and so a complaint did not issue. That matter is now closed.

Dated: September 10, 2025

Respectfully submitted,

*/s/ Daniel L. McFadden*
Daniel L. McFadden (BBO # 676612)
Julian Bava (BBO # 712829)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170

dmcfadden@aclum.org
jbava@aclum.org

Todd C. Pomerleau (BBO# 664974)
Nicole Dill (BBO# 709113)
RUBIN POMERLEAU, P.C.
Two Center Plaza, Suite 520
Boston, MA 02108
Tel: 617-367-0077
Fax: 617-367-0071
tcp@rubinpom.com
ndill@rubinpom.com

Mary Holper (BBO # 601088)
BC Legal Services LAB Immigration Clinic
885 Centre Street
Newton, MA 02459
Tel. (617) 552-4573
mary.holper@bc.edu

My Khanh Ngo (admitted *pro hac vice*)
Michael K.T. Tan (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org
m.tan@aclu.org

Anand Balakrishnan
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
abalakrishnan@aclu.org

## Certificate of Service

I hereby certify that the foregoing document is being electronically served on counsel for all parties via the Court's CM/ECF system.

| | |
|---|---|
| Date: September 10, 2025 | */s/ Daniel L. McFadden* <br> Daniel L. McFadden |