UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>    Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, et al.,<br><br>    Respondents. | *<br>*<br>*<br>*<br>*<br>*   Civil Action No. 1:25-cv-12094-IT<br>*<br>*<br>*<br>*<br>* |

## JUDGMENT

TALWANI, D.J.

After consideration of the parties' arguments, the court granted the Petition for Writ of Habeas Corpus [Doc. No. 1] and ordered that Petitioner be provided a bond hearing by September 10, 2025. Mem. & Order 21 [Doc. No. 62]. That bond hearing was held on September 8, 2025, and Petitioner was released on bond. See Status Report [Doc. No. 64]. Accordingly, this case is CLOSED.

    IT IS SO ORDERED.

September 11, 2025                                             /s/ Indira Talwani
                                                               United States District Judge