UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, *et al.*,<br><br>Respondents. | No. 25-cv-12094-IT |

## NOTICE OF APPEAL

Respondents hereby appeal from the Court's Judgment entered September 11, 2025, (Doc. No. 65), including the Memorandum and Order referenced therein (Doc. No. 62), in the above-captioned case to the United States Court of Appeals for the First Circuit.

Dated: November 7, 2025

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   */s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3112
Nicole.O'Connor@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on November 7, 2025.

Dated: November 7, 2025

                */s/ Nicole M. O'Connor*
                Nicole M. O'Connor
                Assistant U.S. Attorney