# United States Court of Appeals
## For the First Circuit

_____

No. 25-2095

JOHN DOE,

Petitioner - Appellee,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; PATRICIA H. HYDE, Field Office Director; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, US Secretary of Homeland Security; PAMELA J. BONDI, Attorney General of the US; DONALD J. TRUMP, President of the U.S.,

Respondents - Appellants.

_____

**JUDGMENT**

Entered: November 25, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Todd C. Pomerleau
Daniel Louis McFadden
Michael King Thomas Tan
Mary Patricia Holper
My Khanh Ngo
Julian Bava
Nicole Dill
Donald Campbell Lockhart
Rayford A. Farquhar
Abraham R. George
Nicole Marie O'Connor